IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
SPARTANBURG DIVISION

Earl Gavin                                    Case No. 7:16-cv-00344-TMC-JDA

    Plaintiff

v.

Enterprise Recovery Systems Inc.,

    Defendant

### MOTION FOR EXTENSION OF TIME TO ANSWER THE REPORT AND RECOMMENDATION OF MAGISTRATE JUDGE

Pursuant to the Rule 6(b) of the Federal Rule of Civil Procedure, Plaintiff, Earl Gavin respectfully request that this court grant him an extension of time until January 14, 2017, in which to move, answer or otherwise respond to the report and recommendation of Magistrate Judge. This motion is not being present to cause unnecessary delay, or for any other improper purpose.

WHEREFORE, Plaintiff respectfully request that the court grant this motion for extension of time to answer the report and recommendation and set the new deadline for Plaintiff Earl Gavin to respond to the report and recommendation of Magistrate Judge as of January 14, 2017

Respectfully submitted this 8th day of December, 2016

                                              Earl Gavin/Pro se

## CERTIFICATE OF SERVICE

I hereby certify that on December 8th, 2016, the forgoing Motion to Extension of Time for Plaintiff Earl Gavin sent via certify First Class U.S. Mail with postage as indicated as follows:

Wilkes Law Firm P.A.
127 Dunbar Street Ste 200
Spartanburg SC 29306

Defendant Counsel

And

Earl Gavin
300 Marion Ave
Gaffney SC 29341

Pro Se Plaintiff